UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| OWNUM, LLC, | ) |
| | ) CASE NO. 1:19-cv-01043-MN |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OWNUM, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ENTRY OF DEFAULT ON BEHALF OF PLAINTIFF OWNUM, LLC**

Pursuant to Fed. R. Civ. P. 55, Plaintiff Ownum, LLC moves this Court for default judgment against Defendant Ownum, Inc. for failure to plead or otherwise defend. A memorandum of law in support thereof is attached.

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

Dated: September 18, 2019

/s/ *Jennifer R. Hoover*
JENNIFER R. HOOVER (DE No. 5111)
KATE HARMON (DE No. 5343)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801-1611
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: jhoover@beneschlaw.com
          kharmon@beneschlaw.com

**FRANTZ WARD LLP**

/s/ *James B. Niehaus*
James B. Niehaus
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Telephone: 216.515.1611
Email: jniehaus@frantzward.com
*Pro Hac Vice*

*Attorneys for Plaintiff Ownum, LLC*

12616160 v1