# Exhibit A

| | |
|---|---|
| **From:** | Paul K |
| **To:** | Harmon, Kate |
| **Subject:** | [Tucows Inc - Compliance] Re: Subpoena - https://protect-us.mimecast.com/s/W2WZCjRvKyUlw9N9FWByUf?domain=ownum.com |
| **Date:** | Thursday, July 18, 2019 11:19:40 AM |

## When replying, please ensure your reply is above this line ##

Your request (369776) has been updated. To add additional comments, reply to this email.

 **Paul K (Tucows Inc – Compliance)**
Jul 18, 11:11 EDT

I, Paul Karkas, declare under penalty of perjury that the following is true:
I have personal knowledge of the facts stated set forth below, and could and would testify to these facts if called as a witness in this matter.  I am a Compliance Officer with Tucows, Inc. (Tucows), located in Toronto, Ontario, Canada
Tucows, Inc. is a Nova Scotia corporation with a principal place of
business in Toronto, Ontario.

By way of background, Tucows runs a wholesale model and does not have information outside of internally held whois data.

As such, please find the current whois information for
ownum.com below;

First Name:    Darien

Last Name:    Nurse

Organization Name:    Ownum

Street Address:    393 Lefferts Ave

Apt. 2E


City:    Brooklyn

State: NY

2 Letter ISO Country Code:    US

Postal Code:    11225

Phone:    +1.6785216897

Fax:

Email:    darienurse@gmail.com

The vast majority of names registered are performed through our reseller network. Resellers will also have whois information and  may provide other services outside of domain registration as well as  have payment information.

The reseller for [ownum.com](ownum.com) is:

Squarespace

225 Varick St Floor 12

New York, NY
10014

+1.6465803456

[customercare@squarespace.com](customercare@squarespace.com)


Thank you

Paul Karkas
Compliance Officer OpenSRS
Tucows Inc.
[paul@tucows.com](paul@tucows.com)
416-535-0123 ext 1625

Direct line (416) 538-5458
1-800-371-6992
Fax 1-416-531-2516



**Kate Harmon**
Jul 16, 14:50 EDT

Enclosed, please find a subpoena related to litigation pending in the Federal District Court for the District of Delaware and the Order authorizing same. Thank you.

Mozilla/5.0 (Windows NT 10.0; WOW64; Trident/7.0; Touch; rv:11.0) like Gecko

Attachment(s)
[Ownum.Tucows Subpoena.pdf](Ownum.Tucows Subpoena.pdf)



This email is a service from Tucows Inc - Compliance.