## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was filed in accordance with this Court's electronic filing system, and a copy was served via Certified U.S. Mail, return receipt requested, this 18th day of September, 2019 upon the foregoing:

Ownum, Inc.
c/o The Incorporating Company, LLC
2035 Sunset Lake Road #B203
Newark, DE 19702

*/s/ Jennifer R. Hoover*
Attorney for Plaintiff Ownum, LLC

12616160 v1